```
                    FILED
                 08 JAN 16 PM 2:54
                 CLERK, U.S. DISTRICT COURT
              SOUTHERN DISTRICT OF CALIFORNIA

              BY: _____  DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF 08-CR-0134-JAH

January 2007 Grand Jury

| UNITED STATES OF AMERICA, | ) | Criminal Case No. _____ |
|---|---|---|
| Plaintiff, | ) | I N D I C T M E N T |
| v., | ) | Title 8, U.S.C., Secs. 1326(a) and (b) - Attempted Entry After Deportation; Title 18, U.S.C., Sec. 911 - False Claim to United States Citizenship |
| MANUEL DELGADO, | ) | |
| Defendant. | ) | |

The grand jury charges:

Count 1

On or about October 4, 2007, within the Southern District of California, defendant MANUEL DELGADO, an alien, knowingly and intentionally attempted to enter the United States of America with the purpose, i.e., conscious desire, to enter the United States without the express consent of the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, after having been previously excluded, deported and removed from the United States to Mexico, and not having obtained said express consent to reapply for admission thereto; and committed an overt act to wit, crossing the border from Mexico into the United States, that

CPH:fer(1):San Diego
1/15/08

1  was a substantial step toward committing the offense, all in violation
2  of Title 8, United States Code, Sections 1326(a) and (b).
3      It is further alleged that defendant MANUEL DELGADO, was removed
4  from the United States subsequent to September 12, 2006.

## Count 2

On or about October 4, 2007, within the Southern District of California, defendant MANUEL DELGADO did falsely and willfully represent to United States Department of Homeland Security Customs and Border Protection Enforcement Officer D. Curfiss, a person having good reason to inquire into the nationality status of the defendant, that he was a citizen of the United States; whereas, in truth and fact, as the defendant then and there well knew, he was not a citizen of the United States; in violation of Title 18, United States Code, Section 911.

DATED: January 16, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
CAROLINE P. HAN
Assistant U.S. Attorney