FILED

08 JAN 16 PM 2:54

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: /s/   DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA    '08 CR 0134 JAH

| UNITED STATES OF AMERICA, | ) Criminal Case No. _____ |
|---|---|
| Plaintiff, | ) |
| v. | ) NOTICE OF RELATED CASE |
| MANUEL DELGADO, | ) |
| Defendant. | ) |

TO THE CLERK OF THE COURT:

   Please take notice that the above-entitled case is related to <u>United States of America v. Manuel Delgado</u>, Criminal Case No. 07CR2959-JAH.

   DATED: January 16, 2008.

                                   KAREN P. HEWITT
                                   United States Attorney

                                   /s/ Caroline
                                   CAROLINE P. HAN
                                   Assistant U.S. Attorney